William M. Richards, appellee, v. Harry Kaplan, appellant. Gen. No. 36,904.

Heard in the second division of this court for the first district at the June term, 1933. Opinion filed March 6, 1934.

H. J. Rosenberg, for appellant; Abraham Miller and Henry A. Kalcheim, of counsel. Fisher, Boyden, Bell, Boyd & Marshall, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

In re Petition of Dr. Alex B. Magnus.

Dr. Alex B. Magnus, appellant, v. Mary B. Connors, appellee. Gen. No. 36,459.

Heard in the third division of this court for the first district at the December term, 1932. Opinion filed March 14, 1934. Rehearing denied March 30, 1934.

Kamfner & Halligan and Arthur J. Goldberg, for appellant; Arthur J. Goldberg, of counsel. Merle E. Finch, for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.

Merchants and Manufacturers Securities Company, plaintiff in error, v. H. G. Hanson, trading as Suds Soft Water Laundry, defendant in error. Gen. No. 36,499.

presiding. Heard in the third division of this court for the first district at the February term, 1933. Opinion filed March 14, 1934.

Walter A. Myer and Philip D. Hoffman, for plaintiff in error. Cross & Coyner and Kenneth B. Kirk, for defendant in error.

Mr. Presiding Justice Hall delivered the opinion of the court.

James Potenzi, appellee, v. Patrick Warren Construction Company, appellant. Gen. No. 36,530.

Heard in the third division of this court for the first district at the February term, 1933. Opinion filed March 14, 1934.

Harold R. Schradzki, for appellant. No appearance for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.

Agnes Dziuban, appellee, v. John Hancock Mutual Life Insurance Company, appellant. Gen. No. 36,539.

Heard in the third division of this